UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-08140-CR-HURLEY/JOHNSON
CASE NO. 11-60003-T/P-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TYRONE DUNNAWAY,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, October 5, 2011**, at **2:00 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of August, 2011.

**copy furnished:**
AUSA Robert H. Waters, Jr.
AFPD Dave Lee Brannon
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge